MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EUSEBIO PRUDENTE MAGALLON,<br>a/k/a Marco Antonio Gutierrez,<br>a/k/a Marco Antonio Suastegui,<br>a/k/a Eusebio Magallon Prudente,<br>a/k/a Magallon Prudente Eusebio,<br>a/k/a Eusebio Prudente,<br>a/k/a Marco Magallon Roque,<br><br>    Defendant. | No. CR 12-0330 RS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER EXCLUDING TIME UNDER 18**<br>**U.S.C. § 3161** |

On June 19, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to July 24, 2012. The parties have agreed to exclude the period of time between June 19, 2012 and July 24, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0330 RS

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: June 20, 2012                        /s/
                                      J. MARK KANG
                                      Special Assistant United States Attorney

DATED: June 20, 2012                        /s/
                                      SHAWN HALBERT
                                      Attorney for EUSEBIO PRUDENTE MAGALLON

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0330 RS

[~~PROPOSED~~] ORDER

For the reasons stated above and at the June 19, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 19, 2012 through July 24, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 6/20/12

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0330 RS